UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>AAA ANYTIME TOWING & RECOVERY, and CHRIS K. TEAGUE,<br><br>    Defendants. | Case No.: 1:16-cv-00475-REB<br><br>**JUDGMENT** |

In accordance with the terms stated within the June 7, 2017 Order Granting Motion for Default Judgment and Permanent Injunction (Docket No. 11), Final Judgment is hereby entered in favor of Plaintiff American Automobile Association, Inc. against Defendants AAA Anytime Towing & Recovery and Chris K. Teague, jointly and severally, in the amount of $10,640.20, representing recoverable costs and attorney fees incurred in this matter.

DATED: **August 2, 2017**

_____
Honorable Ronald E. Bush
Chief U. S. Magistrate Judge

**JUDGMENT - 1**